| Registration Number/Date Registered | Address | City, State, Zip |
|---|---|---|
| VA 1-374-878/9-13-06 | 765 Distel Dr | Los Altos, CA  94022 |
| VA 1-375-640/09-13-06 | 1740-1744 W El Camino Real | Mountain View, CA  94040 |
| VA 1-375-640/09-13-06 | 1297 W El Camino Real | Mountain View, CA  94040 |
| VA 1-375-640/09-13-06 | 355-363 W El Camino Real | Mountain View, CA  94040 |
| VA 1-375-640/09-13-06 | 357 W El Camino | Mountain View, CA  94040 |
| VA 1-375-640/09-13-06 | 200 Main St | Los Altos, CA  94022 |
| VA 1-375-640/09-13-06 | 2825-3197 Meridian Ave | San Jose, CA  95124 |
| VA 1-375-640/09-13-06 | 874-880 Santa Cruz Ave | Menlo Park, CA  94025 |
| VA 1-375-640/09-13-06 | 12860-12890 Saratoga-Sunnyvale Rd | Saratoga, CA  95070 |
| VA 1-378-246/08-17-06 | 14010-14180 Blossom Hill Rd | Los Gatos, CA  95032 |
| VA 1-378-246/08-17-06 | 4556 El Camino Real | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 111 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 145-149 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 151-157 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 185-189 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 203-205 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 215-221 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 243 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 251 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 262-270 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 271 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 280-284 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 290 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 296-298 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 100-140 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 138 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 160 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 168 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 200 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 208 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 216 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 220-240 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 242 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 244 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 248 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 252 Main St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 252 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 300 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 342 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 366 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 386 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 390-398 State St | Los Altos, CA  94022 |
| VA 1-391-644/5/11/07 | 60 Main St | Los Altos, CA  94022 |
| VA 1-391-688/3-27-07 | 1051 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1063 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1064 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1098 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1100 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1101 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1128 W El Camino Real | Mountain View, CA  94040 |

| Registration Number/Date Registered | Address | City, State, Zip |
|---|---|---|
| VA 1-391-688/3-27-07 | 1141 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1288 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1414 El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1442-1446 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1482 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1510 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1544 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 856 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 939 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1952 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1966-1970 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 2020 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 2034 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 2080 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 2098 W El Camino Real | Los Altos, CA  94022 |
| VA 1-391-688/3-27-07 | 2100 W El Camino Real | Los Altos, CA  94022 |
| VA 1-391-688/3-27-07 | 2116 W El Camino Real | Los Altos, CA  94022 |
| VA 1-391-688/3-27-07 | 2320 W El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 2425 California St | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 2464 El Camino Real | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 2505 California St | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 2633 California St | Mountain View, CA  94040 |
| VA 1-391-688/3-27-07 | 1176 Los Altos Ave | Los Altos, CA  94022 |
| VA 1-391-688/3-27-07 | 2690 El Camino Real | Los Altos, CA  94022 |
| VA 1-391-688/3-27-07 | 4333 El Camino Real | Los Altos, CA  94022 |
| VA 1-391-688/3-27-07 | 4400 El Camino Real | Los Altos, CA  94022 |
| VA 1-391-688/3-27-07 | 4470 El Camino Real | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 240 3rd St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 270 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 301-325 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 335 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 363 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 366 2nd St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 367 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 371 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 379 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 385 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 398 S San Antonio | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 400 San Antonio | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 420 San Antonio | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 428 San Antonio | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 169 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 201 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 209 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 221 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 233 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 239-253 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 265-271 State St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 295 2nd St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 310 Main St | Los Altos, CA  94022 |

| Registration Number/Date Registered | Address | City, State, Zip |
|---|---|---|
| VA 1-421-724/7-2-07 | 316 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 346 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 350 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 366 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 378 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 380 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 388 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 400 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 275 3rd St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 315 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 325 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 330 S San Antonio | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 351 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 353-357 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 363 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 371 2nd St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 399 Main St | Los Altos, CA  94022 |
| VA 1-421-724/7-2-07 | 705-713 E El Camino Real | Mountain View, CA  94040 |
| VA 1-421-724/7-2-07 | 951 Dale Ave | Mountain View, CA  94040 |