AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information Inc., and

CoStar Group, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Wayne Mascia Associates

CASE

TO: (Name and address of Defendant)

Wayne Mascia Associates

3945 Freedom Cir., Suite 900

Santa Clara, CA 95054-1223

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Sauers

Shari Ross Lahlou

Crowell & Moring LLP

1001 Pennsylvania Avenue, N.W.

Washington, DC 20004-2595

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK