# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WAYNE MASCIA ASSOCIATES, <br><br> Defendants. | Civil Action No. 8:08-cv-2248-RWT |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. hereby voluntarily withdraw the complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(i), because the parties have come to a settlement agreement regarding the matter.[1]

Dated: January 7, 2009

Respectfully submitted,

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.,

By their attorneys

/s/
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

---

[1] Defendant Wayne Mascia Associates is represented by Romin Thomson, Esq., (Sweeney, Mason, Wilson & Bosomworth, 983 University Ave., Suite 104C, Los Gatos, CA 95032-7637, Telephone (408) 536-3000, Facsimile (408) 354-8839, rthomson@smwb.com) in connection with this matter, including in the negotiations leading up to the parties' settlement agreement. Mr. Thomson has not entered an appearance in this case.

Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
wsauers@crowell.com

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was sent to the following via United States Mail on January 7, 2009. A true copy of the above document was also served on Mr. Thomson via electronic mail.

Wayne Mascia Associates
3945 Freedom Circle, Suite 900
Santa Clara, CA 95054-1223

Romin Thomson
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue
Suite 104C
Los Gatos, CA 95032-7637
Telephone (408) 536-3000
Facsimile (408) 354-8839
rthomson@smwb.com

*Counsel for Defendant Wayne Mascia Associates*

                                                /s/
William J. Sauers, Bar No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*